UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN ULMAN,

    Defendant.

_____/

Case No. 18-cr-20012
Hon. Matthew F. Leitman

## ORDER DENYING MOTIONS FOR REVOCATION OF ORDER OF DETENTION (ECF #20, 21)

On February 2, 2018, Counsel for Defendant filed a Motion for Revocation of Order of Detention and on February 21, 2018, filed a Corrected Motion for Revocation of Order of Detention (the "Motions"). (*See* ECF ## 20, 21). The Court held a hearing on the Motions on February 26, 2018. For the reasons stated on the record at the hearing, **IT IS HEREBY ORDERED** that the Motions are **DENIED**.

                                            /s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: February 27, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 27, 2018, by electronic means and/or ordinary mail.

                                                   s/Holly A. Monda
                                                   Case Manager
                                                 (810) 341-9764