UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    Case No. 18-cr-20012
                                    Hon. Matthew F. Leitman

RYAN ULMAN,

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF No. 35)

On October 30, 2020, Defendant Ryan Ulman filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (*See* Mot., ECF No. 35.) The Court held a hearing on Ulman's motion on January 12, 2021. For the reasons stated on the record during the motion hearing, the motion is **DENIED**.

**IT IS SO ORDERED**.

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
Dated: January 12, 2021         UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 12, 2021, by electronic means and/or ordinary mail.

                                    s/Holly A. Monda
                                    Case Manager
                                    (810) 341-9764